UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K&M INSTALLATION, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED BROTHERHOOD OF CARPENTERS, LOCAL 405, et al.,<br><br>    Defendants. | Case No. 15-cv-05265-MEJ<br><br>**ORDER VACATING HEARING AND ORDERING SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 6 |

This matter is currently scheduled for a hearing on March 31, 2016 regarding Defendants' Motion to Dismiss and Counter-Motion to Confirm the Arbitral Award. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby **VACATES** the March 31, 2016 hearing. This matter is under submission.

**IT IS SO ORDERED.**

Dated: March 30, 2016

MARIA-ELENA JAMES
United States Magistrate Judge